## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 5:23-cv-02443-SP | Date | March 4, 2024 |
|---|---|---|---|
| Title | ROBEN GABY NOUJAIM v. COUNTY OF RIVERSIDE, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Effect Service and Prosecute**

On December 1, 2023, plaintiff filed a complaint against defendants County of Riverside, Riverside County Sheriff's Office, and eight individual defendants. Under Federal Rule of Civil Procedure 4(m), plaintiff was required to serve each defendant with the summons and complaint within 90 days after the complaint's filing, that is, no later than February 29, 2024. That date has now passed, but plaintiff has not filed any proof of such service with the court, nor is there any other indication before the court that the summons and complaint have been served on any defendant.

Accordingly, plaintiff is ORDERED to show cause in writing by *March 18, 2024* why this case should not be dismissed without prejudice for plaintiff's failure to prosecute and serve defendants within the required time period. Plaintiff may discharge this Order to Show Cause by filing, not later than March 18, 2024, proof of service of the summons and complaint.

**The court warns plaintiff that failure to respond to the Order to Show Cause by March 18, 2024, or further failure to prosecute this action in accordance with court orders, may result in dismissal of this action for failure to prosecute.**