NOTE: CHANGES MADE BY THE COURT

**JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ROBEN GABY NOUJAIM,

        Plaintiff,

v.

COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S OFFICE, SHERIFF CHAD BIANCO, CORRECTIONAL CAPTAIN ALYSSA VERNAL, CORRECTIONAL CAPTAIN SHANNON FLAKES CORRECTIONAL CAPTAIN VICTORIA VARISCO-FLORES, CORRECTIONS DEPUTY DOE CERVANTES, CORRECTIONS DEPUTY DOE RUBACLAVA, CORRECTIONS DEPUTY DOE CAHOUN, CORPORAL LANDRY,

        Defendant.

 

**CASE NO.:** 5:23-cv-02443-JFW(SHKx)

*Hon. John F. Walter*

JUDGMENT ON MOTION FOR SUMMARY JUDGMENT

The Court, having granted Defendants' Motion for Summary Judgment, or, in the Alternative, Summary Adjudication with respect to Plaintiff's First, Second, and Sixth Claims for Relief, based on its determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on those claims, and the Court having dismissed without prejudice Plaintiff's Third,

Fourth, and Fifth Claims for Relief, based on its determination that it should decline to exercise supplemental jurisdiction pursuant 28 U.S.C. §1367(c) over those claims,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is entered in this action as follows:

1. Plaintiff, ROBEN GABY NOUJAIM, shall recover nothing from any of the named Defendants;

2. Defendants COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S OFFICE, SHERIFF CHAD BIANCO, CORRECTIONAL CAPTAIN ALYSSA VERNAL, CORRECTIONAL CAPTAIN SHANNON FLAKES, CORRECTIONAL CAPTAIN VICTORIA VARISCO-FLORES, CORRECTIONAL DEPUTY ERNESTO CERVANTES, CORRECTIONAL DEPUTY FELIX RUBALCAVA, CORRECTIONAL DEPUTY ALVIN CALHOUN, and CORRECTIONAL CORPORAL TYE LANDRY shall have judgment in their favor on Plaintiff's First, Second, and Sixth Claims for Relief; and

3. Defendants COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S OFFICE, SHERIFF CHAD BIANCO, CORRECTIONAL CAPTAIN ALYSSA VERNAL, CORRECTIONAL CAPTAIN SHANNON FLAKES, CORRECTIONAL CAPTAIN VICTORIA VARISCO-FLORES, CORRECTIONAL DEPUTY ERNESTO CERVANTES, CORRECTIONAL DEPUTY FELIX RUBALCAVA, CORRECTIONAL DEPUTY ALVIN CALHOUN, and CORRECTIONAL CORPORAL TYE LANDRY shall recover their costs of suit.

Date:  February 4, 2026

_____
U.S. DISTRICT COURT JUDGE

2

JUDGMENT ON MOTION FOR SUMMARY JUDGMENT